AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------DISTRICT OF-------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, ANNUITY, VACATION &
XMAS and FRINGE BENEFIT FUNDS; AND
PLUMBERS AND GASFITTERS LOCAL 12

**SUMMONS IN A CIVIL CASE**

V.

CRANE MECHANICAL CO., INC.

CASE NUMBER:



TO: (Name and address of defendant)

Crane Mechanical, Inc.
*c/o Its Clerk of the Corporation:*
Kenneth F. Crane
320 W. Bway So.
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Cheverie, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY

DATE  12-5-03

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

February 2, 2004

I hereby certify and return that on 12/16/2003 at 9:00:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to J. Doe, agent, person in charge at the time of service for Crane Mechanical, Inc., at C/O Kenneth F. Crane Clerk, 320 W. Broadway, South Boston, MA 02127. Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $10.70

Deputy Sheriff   Robert Foscaldo

_____
Deputy Sheriff

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure