## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**TRUSTESS OF THE PLUMBERS AND GASFITTERS**
**LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY**
**VACATION & XMAS AND FRINGE BENEFIT FUNDS et al**
        **Plaintiff(s)**

        v.                      **CIVIL ACTION NO. 03-12452-MLW**

**CRANE MECHANICAL CO., INC.**
        **Defendant(s)**

### DEFAULT JUDGMENT

**WOLF, D.J.**

      Defendant **CRANE MECHANICAL CO., INC.** having failed to plead or otherwise defend in this action and its default having been entered,

      Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of **$ 72,000.00** that defendant is not an infant or incompetent person or in the military service of the United States.

      It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant **CRANE MECHANICAL CO., INC.** the amount of **$ 72,000.00** with interest as provided by law.

                                                                                  **By the Court,**

**Dated: March 15, 2004**                                        **/s/ Dennis O'Leary**
                                                                              **Deputy Clerk**

**NOTE:** The post judgment interest rate effective this date is **1.22%.**

(judge-default - 12/98)                                                                                               [dfltjgm.]