# ROBERT M. CHEVERIE & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELLORS AT LAW

ROBERT M. CHEVERIE*
THOMAS M. BROCKETT
JOHN T. FUSSELL
GREGORY S. CAMPORA
JOHN M. BROWN*
*ALSO ADMITTED IN MASSACHUSETTS

COMMERCE CENTER ONE
333 EAST RIVER DRIVE, SUITE 101
EAST HARTFORD, CONNECTICUT 06108

TELEPHONE 860-290-9610
FAX 860-290-9611
E-MAIL INFO@CHEVERIELAW.COM

May 19, 2004

Office of the Clerk
**UNITED STATES DISTRICT COURT**
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

*In response, please refer to:*
*Our File No. 03-466-FED-JTF*

RE:   **TRUSTEES OF THE PLUMBERS & GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, and FRINGE BENEFIT FUNDS
vs. CRANE MECHANICAL CO., INC.
Civil Action No. 03-CV-12452 (MLW)**

Dear Sir/Madam:

By letter dated February 17, 2004, this office forwarded a Motion for Default for Failure to Plead in the above-referenced matter. A copy of the Motion was date stamped by the Clerk's Office on February 19, 2004 and returned to this office.

To date, this office has not received any indication that the Court has acted on the Motion. Please let me know the status of this Motion. You may contact this office by telephone or by e-mail at jfussell@cheverielaw.com. If the Motion has not yet been acted upon, Plaintiffs intend to amend the Complaint to assert another claim.

Thank you for your attention to this matter.

Very truly yours,

John T. Fussell

JTF/ldm

JTF.12 FUNDS.CRANE MECHANICAL
LTR Court requesting status of Motion.5-19-04