UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; AND PLUMBERS AND GASFITTERS LOCAL 12 | CASE NO. 03-CV-12452 (MLW) |
| Plaintiffs | |
| VS. | |
| CRANE MECHANICAL CO., INC. | July 26, 2004 |
| Defendant | |

### NOTICE OF WITHDRAWAL OF COMPLAINT

Pursuant to F.R.C.P. Rule 41(a), the Plaintiff Funds Trustees hereby withdraw the instant Complaint, without prejudice, as the Defendant has paid the delinquent contributions at issue in the Complaint and is current in payment at this time. Additionally, Defendant has not filed an Answer or any responsive pleadings to the Complaint and, therefore, voluntary dismissal pursuant to F.R.C.P. 41(a) is appropriate.

Finally, Plaintiffs in this matter filed a Motion for entry of default for failure to plead on February 19, 2004 pursuant to F.R.C.P. 55(b). However, Plaintiff did not file a request for entry of Judgment By Default pursuant to F.R.C.P. 55(b)(1) and did not, therefore, provide an affidavit as required by the that Rule. It would appear, therefore, that the

"default judgment" dated March 15, 2003 and received in this office June 16, 2004 was entered in error (see Attachment 1).

Respectfully submitted,

Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610
BBO# 082320

_____
Attorney for Plaintiffs

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Withdrawal of Complaint has been mailed first class and postage prepaid this 24th day of June 2004 to the following:

Ken Crane
CRANE MECHANCIAL, INC.
915 Massachusetts Avenue
Boston, MA  02118

_____
Robert M. Cheverie

JTF.12FUNDS.Crane Mechanical.2004
Withdrawal of Complaint.07-26-04

3